**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **SUSAN HAFNER,** *Plaintiff* | : : : | **CIVIL CASE NO.: 2:23-cv-01054** |
| **VERSUS** | : : | **JUDGE JAMES D. CAIN, JR.** |
| **STATE FARM FIRE AND CASUALTY COMPANY,** *Defendant* | : : : | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

### ORDER OF DISMISSAL

Considering the foregoing Rule 41(a) Request for Court Ordered Dismissal,

IT IS ORDERED that the claims filed on behalf of **SUSAN HAFNER** are hereby dismissed, with prejudice, with each party to bear its own costs and expenses.

Lake Charles, Louisiana, this 25th day of July, 2025.

U.S. DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION